UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK

In re    Case No. 14-12552 (SHL)

EFRAIN MORALES

    Debtor in Possession

**PLEASE TAKE NOTICE**, that the status conference scheduled for 4/15/2016 has been adjourned to 5/12/2015 at 10:00am.

This notice is being provided as required by the Local Rules for the Southern District.

Dated: New York, New York

    April 14, 2015

    __/s/ Vivian Williams_____
    Vivian M. Williams, Esq.
    Attorney Debtor