UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                         Chapter 11 Case No: 14-12552


EFRAIN MORALES JR.

                Debtor(s).

_____


**ORDER, PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AND 2016 AUTHORIZING EMPLOYMENT AND RETENTION OF VIVIAN M. WILLIAMS, ESQ. AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION IN THESE CHAPTER 11 BANKRUPTCY PROCEEDINGS**

Upon consideration of the application (the "Application") of Efrain Morales, Jr., as debtor and debtor in possession (the "Debtor"), seeking an order pursuant to section 327(a) and section 328(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014 (a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing and approving the retention and employment of Vivian M. Williams, Esq., Esq., effective as of the filing of the application to employ with the court in this Chapter 11 case, as counsel under a general retainer, all as more fully set forth in the Application; and upon consideration of the Affidavit of Vivian M. Williams, Esq. (the "Williams Affidavit"); and the Court being satisfied, based on the representations made in the Application and the Williams Affidavit that said attorney represent no interest adverse to the Debtor's estate with respect to the matters upon which he is to be engaged, that he is a "disinterested person," as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that the Debtor's employment of Vivian M. Williams, Esq., is necessary and would be in the best interests of the Debtor and his estate; and it appearing that adequate and sufficient notice of the Application has been given; and sufficient cause appearing therefore, it is

**ORDERED** that the Application is approved upon the terms set forth herein; and it is further

**ORDERED** that notice of the Application as provided therein shall be deemed good and sufficient notice of such Application; and it is further

**ORDERED** that, in accordance with section 327(a) and section 328(a) of the Bankruptcy Code, the Debtor is hereby authorized to employ and retain Vivian M. Williams, Esq. as his attorney under a general retainer, effective as the date of the filing of the application to employ with the court in this chapter 11 case in accordance with the hourly billing fee and expense reimbursement policies as set forth in the Application upon the terms and conditions set forth in the Application and accompanying Letter of Engagement; except that Vivian M. Williams, Esq. is NOT permitted to terminate his employment as attorney for the Debtor without and order of this court, and it is further ORDERED that Vivian M. Williams, Esq. may apply for compensation and imbursement in accordance with the procedures set forth in sections 330 and 331of the Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, the Bankruptcy Rules, the Local Rules for the Southern District of New York, and further orders of this Court.

Dated:  June 18, 2015 　　　　　　　　　　　　　　　　　*/s/ Sean H. Lane*
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


NO OBJECTION:

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:  */s/ Andrew D. Velez-Rivera*
Andrew D. Velez-Rivera
Trial Attorney